UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-80059-CR-HURLEY

UNITED STATES OF AMERICA,
  Plaintiff-Appellee,

v.

LOUIS WAYNE RATFIELD,
  Defendant-Appellant.
_____/

## ORDER OF REFERRAL TO UNITED STATES MAGISTRATE JUDGE

**THIS CAUSE** come before the court upon limited remand from the United States Court of Appeals, Eleventh Circuit, for this court to conduct a hearing to determine whether the Appellant fully understands the consequences of dismissing his appeal and confirming that the Appellant wishes to dismiss his appeal. For that reason, it is

**ORDERED** and **ADJUDGED:**

Pursuant to 28 U.S.C. §636, the court hereby **REFERS** this matter to the Honorable Ann E. Vitunac, United States Magistrate Judge, for the purpose of conducting a hearing and, thereafter, to issue a report and recommendation.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this _3RD_ day of April, 2008.

**copy furnished:**
Magistrate Judge Ann E. Vitunac
AUSA Kathleen M. Salyer
Randee J. Golder, Esq.
Mr. Louis Wayne Ratfield

Daniel T. K. Hurley
United States District Judge